■ In the Matter of JAKOB D.K.B.-K. and Another, Infants. CAYUGA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent; SHERRY M.B., Appellant. [953 NYS2d 179]—Appeal from an order of the Family Court, Cayuga County (Thomas G. Leone, J.), entered July 11, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.